# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHALONDA SIMINGTON,  )
                    )
        Plaintiff(s),  )  Case No. 2:13-cv-00396-JCM-VCF
                    )
vs.                 )  **ORDER VACATING EARLY**
                    )  **NEUTRAL EVALUATION SESSION**
CLARK COUNTY SCHOOL DISTRICT,  )
                    )
        Defendant(s).  )
_____)

On April 5, 2013, the Court scheduled an Early Neutral Evaluation session for May 8, 2013. Docket No. 10. The Court received a telephone call from Robert Spretnak seeking to reschedule the Early Neutral Evaluation session. The Court hereby VACATES the May 8, 2013, Early Neutral Evaluation session and ORDERS the parties to file, no later than April 11, 2013, a stipulation with five alternative dates in May on which counsel and all parties/representatives required to attend are available.

Dated: April 9, 2013

_____
Nancy J. Koppe
United States Magistrate Judge