```
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHALONDA SIMINGTON,<br><br>            Plaintiff,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>            Defendants. | CASE NO. 2:13-cv-00396-JCM-VCF<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

   COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and neither party will seek any attorney's fees

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .


1  or costs pursuant to any rule, statute or law, whether local, state
2  or federal.
3         DATED this 2nd day of July, 2013.
4
5  CLARK COUNTY SCHOOL DISTRICT           LAW OFFICES OF ROBERT SPRETNAK
   Office of the General Counsel
6
7  By:        /s/                         By:         /s/
       S. SCOTT GREENBERG                     Robert Spretnak, Esq.
8      Nevada Bar No. 4622                    Nevada Bar No. 5135
       5100 W. Sahara Ave.                    8275 S. Eastern Ave.
9      Las Vegas, Nevada 89146                Las Vegas, NV 89123
       Attorneys for Defendant                Attorney for Plaintiff
10
11
12
   **IT IS SO ORDERED:**
13
14
   Date: July 5, 2013                      /s/ James C. Mahan
15                                         U.S. DISTRICT COURT JUDGE

- 2 -