CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHALONDA SIMINGTON, | CASE NO. 2:13-cv-00396-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, | |
| Defendants. | |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and neither party will seek any attorney's fees

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1  or costs pursuant to any rule, statute or law, whether local, state
2  or federal.
3      DATED this 2nd day of July, 2013.

| CLARK COUNTY SCHOOL DISTRICT | LAW OFFICES OF ROBERT SPRETNAK |
| --- | --- |
| Office of the General Counsel | |
| By:      /s/ | By:      /s/ |
| S. SCOTT GREENBERG | Robert Spretnak, Esq. |
| Nevada Bar No. 4622 | Nevada Bar No. 5135 |
| 5100 W. Sahara Ave. | 8275 S. Eastern Ave. |
| Las Vegas, Nevada 89146 | Las Vegas, NV 89123 |
| Attorneys for Defendant | Attorney for Plaintiff |

**IT IS SO ORDERED:**

Date: July 5, 2013

_____
U.S. DISTRICT COURT JUDGE

- 2 -